# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

Harry Schmidt, Plaintiff,

v.

State of Wisconsin, Defendant.

NOTICE OF APPEAL

Case No.

Notice is given that the plaintiff/defendant, Harry Schmidt, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on Saturday.

Dated and signed this 28 day of September, 2019.

Oshkosh, Wisconsin.

Harry Schmidt
(Signature)

OSCI P.O. Box 3310
(Street Address)

Oshkosh, WI 54903-3310
(City, State, Zip)